# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JERRY PATRICK WILLIAMS**                                                                   **PLAINTIFF**

v.                                                            **CAUSE NO. 1:23-cv-00104-LG-BWR**

**AUSTIN BARNETT**                                                                           **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 31st day of May, 2024.

*s/ Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE